# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KENNETH R. SHACKELFORD<br>BETTY A. SHACKELFORD<br><br>          Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>          Movant<br>     vs.<br>CITY & SCHOOL DIST OF PITTSBURGH (RE)*<br><br>          Respondents | Case No. 15-21240GLT<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| CITY & SCHOOL DIST OF PITTSBURGH (RE)*<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 11/Trustee CID# 22 |

The Movant further certifies that on 08/03/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
KENNETH R. SHACKELFORD, BETTY A. SHACKELFORD, 1026 DAVIS AVENUE, PITTSBURGH, PA  15212

DEBTOR'S COUNSEL:
EUGENE D FRANK ESQ*, LAW OFFICE OF EUGENE D FRANK PC, 600 GRANT ST - STE 660, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
CITY & SCHOOL DIST OF PITTSBURGH (RE)*, C/O JORDAN TAX SVC, 102 RAHWAY RD, MCMURRAY, PA  15317

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219-6107

NEW CREDITOR: