Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth R. Shackelford** | : | Case No. 15–21240–GLT |
| **Betty A. Shackelford** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 75 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/15/20 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this ***The 28th of April, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 75 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  ***On or before June 12, 2020***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***July 15, 2020 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21240-GLT
Kenneth R. Shackelford                                                Chapter 13
Betty A. Shackelford
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel           Page 1 of 2          Date Rcvd: Apr 28, 2020
                              Form ID: 604         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
```
db/jdb         +Kenneth R. Shackelford,   Betty A. Shackelford,    1026 Davis Avenue,
                 Pittsburgh, PA 15212-1926
cr             +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +PNC Bank, National Association,    3232 Newark Drive,   Miamisburg, OH 45342-5421
14083498        AMERICAN EXPRESS BANK, FSB,   C/O BECKET AND LEE LLP,    POB 3001,   MALVERN, PA 19355-0701
14025887        American Express,   PO Box 981535,   El Paso, TX 79998-1535
14086140        American InfoSource LP as agent for,   DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
14025889       +Barclays Bank Delaware,   125 S. West St.,   Wilmington, DE 19801-5014
14025888        Barclays Bank Delaware,   Card Services,   P.O. Box 8802,    Wilmington, DE 19899-8802
14025904      ++CITIBANK,   PO BOX 790328,    ST LOUIS MO 63179-0328
               (address filed with court: Home Depot Credit Services,    P.O. Box 653000,
                 Dallas, TX 75265-3000)
14025894       +Citi,   PO Box 6004,   Sioux Falls, SD 57117-6004
14025895       +Citi Cards,   PO Box 6500,   Sioux Falls, SD 57117-6500
14025896       +Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
14068302       +City and School District of Pittsburgh,   c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14034345       +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
14059263        ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14025900       +ExxonMobil,   PO Box 6404,   Sioux Falls, SD 57117-6404
14025901       +Fedloan Servicing,   POB 69184,   Harrisburg, PA 17106-9184
14025903       +Home Depot Credit Services,   PO Box 790328,   Saint Louis, MO 63179-0328
14025905        Kia Motors Finance,   PO Box 629027,   El Dorado Hills, CA 95762-9027
14025906       +Macy's,   Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
14025908       +Northland Group, Inc.,   P.O. Box 390905,   Minneapolis, MN 55439-0905
14036272      ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,    1620 Dodge Street,   Stop Code 3105,
                 Omaha, NE 68197)
14087579       +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14025909        PNC Mortgage,   PO Box 8807,   Dayton, OH 45401-8807
14066397        U.S. Department of Education,   C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184
14031018       +VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
14025913        WesBanco,   PO Box 3412,   Omaha, NE 68103-0412
14025912        WesBanco,   PO Box 3696,   Omaha, NE 68103-0696
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
14034194        E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 03:21:49      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
14025886        E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 03:21:49      Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
14025890        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:32:17      BillMeLater,   P.O. Box 2394,
                 Omaha, NE 68103-2394
14046616       +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14057898       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 03:22:02      COMENITY CAPITAL BANK,
                 C/O WEINSTEIN & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14025891        E-mail/Text: cms-bk@cms-collect.com Apr 29 2020 03:22:01      Capital Management Services, LP,
                 698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
14025892       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:32:24
                 Capital One Services, LLC,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14057735        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:32:24      Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC  28272-1083
14025898        E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50      Discover Bank,
                 6500 New Albany Road,   New Albany, OH 43054
14025897        E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50      Discover,   PO Box 30421,
                 Salt Lake City, UT 84130-0421
14029530        E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14025899       +E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50      Discover Fin Svcs LLC,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
14025893        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 03:34:22      Chase,
                 P.O. Box 15298,   Wilmington, DE 19850-5298
14089479        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:33:25
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
```

```
District/off: 0315-2          User: jhel               Page 2 of 2             Date Rcvd: Apr 28, 2020
                              Form ID: 604             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14952121       +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14025910        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:32:18      Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,   Orlando, FL 32896-5060
14025911        E-mail/Text: vci.bkcy@vwcredit.com Apr 29 2020 03:22:31      Volkswagen Credit,   P.O. Box 3,
                 Hillsboro, OR 97123-0003
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              VW Credit Leasing Ltd.
cr              VW Credit Leasing, Ltd
14025902*      ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                (address filed with court:   First National Bank of Omaha,    PO Box 3412,   Omaha, NE 68103)
14025907       ##Nationwide Credit, Inc.,   PO Box 26314,   Lehigh Valley, PA 18002-6314
                                                                                  TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Eugene D. Frank    on behalf of Debtor Kenneth R. Shackelford efrank.esq@comcast.net
              Eugene D. Frank    on behalf of Joint Debtor Betty A. Shackelford efrank.esq@comcast.net
              James  Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    VW Credit Leasing Ltd. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Martin A. Mooney    on behalf of Creditor    VW Credit Leasing Ltd. kcollins@schillerknapp.com,
               lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 14
```