**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENNETH R. SHACKELFORD<br>BETTY A. SHACKELFORD<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>      vs.<br>No Respondents. | Case No.:15-21240<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

| | |
|---|---|
| April 27, 2020 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 04/09/2015 and confirmed on 10/16/15. The case was subsequently   Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 134,475.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 134,475.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 5,585.85 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,085.85 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 55,629.68 | 0.00 | 55,629.68 |
|     Acct: 5342 | | | | |
|   PNC BANK NA | 1,174.82 | 1,174.82 | 0.00 | 1,174.82 |
|     Acct: 5342 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (I | 945.58 | 945.58 | 273.49 | 1,219.07 |
|     Acct: XXXXXXXXXX4-15 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (I | 45.09 | 45.09 | 0.00 | 45.09 |
|     Acct: XXXXXXXXXXXXXXXXX-INT | | | | |
|   CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX4;14 | | | | |
|   CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXX-INT | | | | |
|   ALLY BANK(*) | 13,756.74 | 13,756.74 | 1,042.13 | 14,798.87 |
|     Acct: 2061 | | | | |
| | | | | 72,867.53 |
| **Priority** | | | | |
|   EUGENE D FRANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH R. SHACKELFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF EUGENE D FRANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EUGENE D FRANK ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VW CREDIT INC | 8,615.50 | 8,615.50 | 0.00 | 8,615.50 |
|     Acct: 7423 | | | | |
| | | | | 8,615.50 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS | 6,189.78 | 2,422.13 | 0.00 | 2,422.13 |
|     Acct: 1001 | | | | |
|   CERASTES LLC | 15,110.00 | 5,912.72 | 0.00 | 5,912.72 |
|     Acct: 9827 | | | | |
|   BILL ME LATER INC A/S/F SYNCHRONY E | 1,894.08 | 741.17 | 0.00 | 741.17 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0049 | | | | |
| CAPITAL ONE BANK NA** | 9,289.96 | 3,635.27 | 0.00 | 3,635.27 |
| Acct: 7702 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3010 | | | | |
| ECAST SETTLEMENT CORP | 18,257.55 | 7,144.38 | 0.00 | 7,144.38 |
| Acct: 5701 | | | | |
| DISCOVER BANK(*) | 12,861.15 | 5,032.72 | 0.00 | 5,032.72 |
| Acct: 4266 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,047.42 | 409.87 | 0.00 | 409.87 |
| Acct: 3018 | | | | |
| US DEPARTMENT OF EDUCATION | 31,232.76 | 12,221.73 | 0.00 | 12,221.73 |
| Acct: 7387 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 5,871.72 | 2,297.67 | 0.00 | 2,297.67 |
| Acct: 5588 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,427.92 | 1,341.38 | 0.00 | 1,341.38 |
| Acct: 2207 | | | | |
| KIA MOTOR FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8473 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 631.31 | 247.03 | 0.00 | 247.03 |
| Acct: 7166 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,117.68 | 2,393.92 | 0.00 | 2,393.92 |
| Acct: 9141 | | | | |
| WESBANCO BANK INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5588 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DII | 271.22 | 106.13 | 0.00 | 106.13 |
| Acct: 2868 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 43,906.12 |

TOTAL PAID TO CREDITORS                                                                       125,389.15

| TOTAL | |
|---|---:|
| CLAIMED | 8,615.50 |
| PRIORITY | 15,922.23 |
| SECURED | 112,202.55 |

Date: 04/27/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KENNETH R. SHACKELFORD
    BETTY A. SHACKELFORD
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-21240

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                        BY THE COURT:

                                        _____
                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kenneth R. Shackelford
Betty A. Shackelford
    Debtors

Case No. 15-21240-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 2     Date Rcvd: Apr 28, 2020
                     Form ID: pdf900     Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.

```
db/jdb         +Kenneth R. Shackelford,    Betty A. Shackelford,    1026 Davis Avenue,
                 Pittsburgh, PA 15212-1926
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
14083498        AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14025887        American Express,    PO Box 981535,    El Paso, TX 79998-1535
14086140        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
14025889       +Barclays Bank Delaware,    125 S. West St.,    Wilmington, DE 19801-5014
14025888        Barclays Bank Delaware,    Card Services,    P.O. Box 8802,    Wilmington, DE 19899-8802
14025904      ++CITIBANK,    PO BOX 790328,    ST LOUIS MO 63179-0328
               (address filed with court:  Home Depot Credit Services,    P.O. Box 653000,
                 Dallas, TX 75265-3000)
14025894       +Citi,    PO Box 6004,    Sioux Falls, SD 57117-6004
14025895       +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
14025896       +Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
14068302       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14034345       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
14059263        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14025900       +ExxonMobil,    PO Box 6404,    Sioux Falls, SD 57117-6404
14025901       +Fedloan Servicing,    POB 69184,    Harrisburg, PA 17106-9184
14025903       +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
14025905        Kia Motors Finance,    PO Box 629027,    El Dorado Hills, CA 95762-9027
14025906       +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
14025908       +Northland Group, Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
14036272      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court:  First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                 Omaha, NE 68197)
14087579       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14025909        PNC Mortgage,    PO Box 8807,    Dayton, OH 45401-8807
14066397        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184
14031018       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
14025913        WesBanco,    PO Box 3412,    Omaha, NE 68103-0412
14025912        WesBanco,    PO Box 3696,    Omaha, NE 68103-0696
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
14034194        E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 03:21:49      Ally Bank,    PO Box 130424,
                 Roseville, MN 55113-0004
14025886        E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 03:21:49      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
14025890        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:33:18      BillMeLater,    P.O. Box 2394,
                 Omaha, NE 68103-2394
14046616       +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14057898       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 03:22:07      COMENITY CAPITAL BANK,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14025891        E-mail/Text: cms-bk@cms-collect.com Apr 29 2020 03:22:01      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14025892       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:32:25
                 Capital One Services, LLC,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14057735        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:34:24      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
14025898        E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50      Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
14025897        E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50      Discover,    PO Box 30421,
                 Salt Lake City, UT 84130-0421
14029530        E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14025899       +E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50      Discover Fin Svcs LLC,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
14025893        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 03:34:22      Chase,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
14089479        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:32:30
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Apr 28, 2020
                              Form ID: pdf900         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14952121        +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14025910         E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:34:19      Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,   Orlando, FL 32896-5060
14025911         E-mail/Text: vci.bkcy@vwcredit.com Apr 29 2020 03:22:31      Volkswagen Credit,   P.O. Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              VW Credit Leasing Ltd.
cr              VW Credit Leasing, Ltd
14025902*      ++PERI GARITE,   ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                 (address filed with court:   First National Bank of Omaha,   PO Box 3412,   Omaha, NE 68103)
14025907       ##Nationwide Credit, Inc.,   PO Box 26314,   Lehigh Valley, PA 18002-6314
                                                                              TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Eugene D. Frank    on behalf of Debtor Kenneth R. Shackelford efrank.esq@comcast.net
              Eugene D. Frank    on behalf of Joint Debtor Betty A. Shackelford efrank.esq@comcast.net
              James  Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    VW Credit Leasing Ltd. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Martin A. Mooney    on behalf of Creditor    VW Credit Leasing Ltd. kcollins@schillerknapp.com,
               lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 14
```