**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kenneth R. Shackelford** | Social Security number or ITIN **xxx–xx–8195** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Betty A. Shackelford** | Social Security number or ITIN **xxx–xx–7387** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–21240–GLT** | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Kenneth R. Shackelford                                  Betty A. Shackelford

                                                            **By the court:**    Gregory L. Taddonio
    6/19/20                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21240-GLT
Kenneth R. Shackelford                                                Chapter 13
Betty A. Shackelford
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro               Page 1 of 3                Date Rcvd: Jun 19, 2020
                              Form ID: 3180W           Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
```
db/jdb         +Kenneth R. Shackelford,   Betty A. Shackelford,   1026 Davis Avenue,
                 Pittsburgh, PA 15212-1926
cr             +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +PNC Bank, National Association,   3232 Newark Drive,   Miamisburg, OH 45342-5421
14086140        American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA  90051-5478
14025904       ++CITIBANK,   PO BOX 790328,   ST LOUIS MO 63179-0328
                 (address filed with court: Home Depot Credit Services,   P.O. Box 653000,
                 Dallas, TX 75265-3000)
14068302       +City and School District of Pittsburgh,   c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,  Pittsburgh, PA 15219-6101
14034345       +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
14025900       +ExxonMobil,   PO Box 6404,   Sioux Falls, SD 57117-6404
14025901       +Fedloan Servicing,   POB 69184,   Harrisburg, PA 17106-9184
14025903       +Home Depot Credit Services,   PO Box 790328,   Saint Louis, MO 63179-0328
14025905        Kia Motors Finance,   PO Box 629027,   El Dorado Hills, CA 95762-9027
14025908       +Northland Group, Inc.,   P.O. Box 390905,   Minneapolis, MN 55439-0905
14036272       ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,
                 Omaha, NE 68197)
14087579       +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14025909        PNC Mortgage,   PO Box 8807,   Dayton, OH 45401-8807
14066397        U.S. Department of Education,   C/O FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg PA 17106-9184
14031018       +VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
14025913        WesBanco,   PO Box 3412,   Omaha, NE 68103-0412
14025912        WesBanco,   PO Box 3696,   Omaha, NE 68103-0696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2020 03:51:16     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: bncmail@w-legal.com Jun 20 2020 03:51:40     Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Suite #400,   Seattle, WA 98121-3132
14083498        EDI: BECKLEE.COM Jun 20 2020 07:23:00      AMERICAN EXPRESS BANK, FSB,   C/O BECKET AND LEE LLP,
                 POB 3001,   MALVERN, PA 19355-0701
14034194        EDI: GMACFS.COM Jun 20 2020 07:23:00      Ally Bank,   PO Box 130424,   Roseville, MN 55113-0004
14025886        EDI: GMACFS.COM Jun 20 2020 07:23:00      Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
14025887        EDI: AMEREXPR.COM Jun 20 2020 07:23:00      American Express,   PO Box 981535,
                 El Paso, TX 79998-1535
14025889       +EDI: TSYS2.COM Jun 20 2020 07:23:00      Barclays Bank Delaware,   125 S. West St.,
                 Wilmington, DE 19801-5014
14025888        EDI: TSYS2.COM Jun 20 2020 07:23:00      Barclays Bank Delaware,   Card Services,
                 P.O. Box 8802,   Wilmington, DE 19899-8802
14025890        EDI: RMSC.COM Jun 20 2020 07:23:00      BillMeLater,   P.O. Box 2394,   Omaha, NE 68103-2394
14046616       +E-mail/Text: bncmail@w-legal.com Jun 20 2020 03:51:40     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14057898       +EDI: WFNNB.COM Jun 20 2020 07:23:00      COMENITY CAPITAL BANK,   C/O WEINSTEIN & RILEY, P.S.,
                 2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14025891        E-mail/Text: cms-bk@cms-collect.com Jun 20 2020 03:51:00     Capital Management Services, LP,
                 698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
14025892       +EDI: CAPITALONE.COM Jun 20 2020 07:23:00      Capital One Services, LLC,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14057735        EDI: CAPITALONE.COM Jun 20 2020 07:23:00      Capital One, N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
14025894       +EDI: CITICORP.COM Jun 20 2020 07:23:00      Citi,   PO Box 6004,   Sioux Falls, SD 57117-6004
14025895       +EDI: CITICORP.COM Jun 20 2020 07:23:00      Citi Cards,   PO Box 6500,
                 Sioux Falls, SD 57117-6500
14025896       +EDI: CITICORP.COM Jun 20 2020 07:23:00      Citibank,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
14025898        EDI: DISCOVER.COM Jun 20 2020 07:23:00      Discover Bank,   6500 New Albany Road,
                 New Albany, OH 43054
14025897        EDI: DISCOVER.COM Jun 20 2020 07:23:00      Discover,   PO Box 30421,
                 Salt Lake City, UT 84130-0421
14029530        EDI: DISCOVER.COM Jun 20 2020 07:23:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14025899       +EDI: DISCOVER.COM Jun 20 2020 07:23:00      Discover Fin Svcs LLC,   P.O. Box 15316,
                 Wilmington, DE 19850-5316
```

```
District/off: 0315-2            User: agro                  Page 2 of 3                  Date Rcvd: Jun 19, 2020
                                Form ID: 3180W              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14059263       EDI: ECAST.COM Jun 20 2020 07:23:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
14025893       EDI: JPMORGANCHASE Jun 20 2020 07:23:00      Chase,    P.O. Box 15298,
                Wilmington, DE 19850-5298
14025906      +EDI: TSYS2.COM Jun 20 2020 07:23:00      Macy's,    Bankruptcy Processing,    P.O. Box 8053,
                Mason, OH 45040-8053
14089479       EDI: PRA.COM Jun 20 2020 07:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14952121      +E-mail/Text: bncmail@w-legal.com Jun 20 2020 03:51:40      SYNCHRONY BANK,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14025910       EDI: RMSC.COM Jun 20 2020 07:23:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                P.O. Box 965060,    Orlando, FL 32896-5060
14025911       E-mail/Text: vci.bkcy@vwcredit.com Jun 20 2020 03:51:40      Volkswagen Credit,    P.O. Box 3,
                Hillsboro, OR 97123-0003
                                                                                              TOTAL: 28

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             City and School District of Pittsburgh
cr             Duquesne Light Company
cr             VW Credit Leasing Ltd.
cr             VW Credit Leasing, Ltd
14025902*     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                (address filed with court:   First National Bank of Omaha,    PO Box 3412,    Omaha, NE 68103)
14025907      ##Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
                                                                                              TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Eugene D. Frank    on behalf of Debtor Kenneth R. Shackelford efrank.esq@comcast.net
              Eugene D. Frank    on behalf of Joint Debtor Betty A. Shackelford efrank.esq@comcast.net
              James  Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    VW Credit Leasing Ltd. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Martin A. Mooney    on behalf of Creditor    VW Credit Leasing Ltd. kcollins@schillerknapp.com,
               lgadomski@schillerknapp.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
```

```
District/off: 0315-2              User: agro                    Page 3 of 3                 Date Rcvd: Jun 19, 2020
                                  Form ID: 3180W                Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                          TOTAL: 14